Circuit Court for Montgomery County
Case Nos. 0000006Z1723, 0000006Z1724
& 0000006Z1725

IN THE COURT OF APPEALS

OF MARYLAND

No. 55

September Term, 2018

IN RE: ADOPTION/GUARDIANSHIP OF

H.R., E.R. & J.R.

Barbera, C.J.
Greene
McDonald
Watts
Hotten
Getty
Harrell, Glenn T., Jr., (Senior Judge, Specially Assigned)

JJ.

PER CURIAM ORDER

Filed: March 4, 2019

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

IN RE: ADOPTION/GUARDIANSHIP OF
H.R., E.R, & J.R.

*       IN THE

*       COURT OF APPEALS

*       OF MARYLAND

*       No. 55

*       September Term, 2018

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari filed by the Office of the Public Defender in the above-entitled case, it is this 4th day of March, 2019,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge